**Film Title: Mechanic: Resurrection**
**Rights Owner: ME2 Productions, Inc.**

| | SHA-1 Hash: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | | | | |
|---|---|---|---|---|---|
| **John Doe Number** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Vicinity of Connection in Jurisdiction** |
| 1 | 73.153.50.167 | 33120 | 2016-11-12 10:13:21 | Comcast Cable | Denver |
| 2 | 73.78.246.150 | 49320 | 2016-11-10 21:10:30 | Comcast Cable | Greeley |
| 3 | 73.181.82.133 | 50324 | 2016-11-06 07:00:37 | Comcast Cable | Colorado Springs |
| 4 | 67.166.29.90 | 52243 | 2016-10-27 06:43:35 | Comcast Cable | Lafayette |
| 5 | 73.78.136.138 | 57889 | 2016-10-25 06:03:32 | Comcast Cable | Fort Collins |
| 6 | 75.71.203.119 | 6881 | 2016-10-24 11:00:08 | Comcast Cable | Colorado Springs |
| 7 | 67.176.20.34 | 6881 | 2016-10-23 07:45:48 | Comcast Cable | Denver |
| 8 | 67.176.16.37 | 60355 | 2016-10-23 06:16:04 | Comcast Cable | Denver |
| 9 | 73.243.95.33 | 50321 | 2016-10-23 01:08:00 | Comcast Cable | Colorado Springs |
| 10 | 73.181.70.179 | 55918 | 2016-10-22 02:49:14 | Comcast Cable | Littleton |
| 11 | 73.34.50.81 | 40836 | 2016-10-20 02:50:46 | Comcast Cable | Aurora |
| 12 | 73.153.206.155 | 45773 | 2016-10-20 01:30:49 | Comcast Cable | Pueblo |
| 13 | 24.8.14.105 | 6881 | 2016-10-19 01:14:56 | Comcast Cable | Aurora |
| 14 | 73.229.208.73 | 56631 | 2016-10-17 09:15:23 | Comcast Cable | Denver |
| 15 | 73.34.121.180 | 57858 | 2016-10-17 05:34:41 | Comcast Cable | Littleton |
| 16 | 174.51.41.43 | 60416 | 2016-10-16 09:06:34 | Comcast Cable | Carbondale |
| 17 | 174.51.121.144 | 6881 | 2016-10-16 06:15:05 | Comcast Cable | Denver |
| 18 | 71.237.85.145 | 33251 | 2016-10-15 05:24:31 | Comcast Cable | Denver |
| 19 | 73.153.106.71 | 6881 | 2016-10-15 00:46:27 | Comcast Cable | Broomfield |
| 20 | 67.174.113.90 | 51413 | 2016-10-14 15:16:09 | Comcast Cable | Colorado Springs |
| 21 | 67.190.15.55 | 50321 | 2016-10-14 11:00:38 | Comcast Cable | Pueblo |

EXHIBIT 1